LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ABURTO, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HERC RENTALS EMPLOYEE SERVICES LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:   3:25-cv-10628-TSH<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>[*Filed concurrently with* Joint Stipulation to Continue Initial Case Management Conference and Related Deadlines]<br><br>Date:             March 12, 2026<br>Time:            10:00 a.m.<br>Crtrm.:          Courtroom E<br><br>Complaint Filed:   October 13, 2025<br>Removed:             December 12, 2025<br>Trial Date:           None set |

[~~PROPOSED~~] ORDER

3:25-cv-10628-TSH

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

## ~~[PROPOSED]~~ ORDER

The Court, having reviewed the Parties' Joint Stipulation to Continue Initial Case Management Conference and Related Deadlines ("Stipulation"), and for good cause appearing, orders as follows:

1. The Parties' Stipulation is approved.

2. The Initial Case Management Conference currently scheduled for March 12, 2026 at 10:00 a.m., is continued to May 14, 2026 at 10:00 a.m.

3. The parties' deadline to file a Joint Case Management Statement of March 5, 2026 is now May 7, 2026.

4. The parties' deadline to exchange Initial Disclosures of March 5, 2026 is now May 4, 2026.

5. The parties' deadline to file ADR Certification of February 19, 2026 is now April 20, 2026

6. The parties' deadline to meet and confer of February 19, 2026 is now April 20, 2026.

**IT IS SO ORDERED.**

Dated: February 27, 2026          By: _____
                                       Hon. Thomas S. Hixson
                                       USDC, Northern District of California