**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ABURTO, individually, and on behalf of other members of the general public similarly situated; | Case No.:   3:25-cv-10628-TSH |
| | |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| vs. | |
| HERC RENTALS EMPLOYEE SERVICES LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, | [*Filed concurrently with* Joint Stipulation to Continue Scheduling Conference and Related Deadlines] |
| Defendants. | Date:         May 14, 2026 |
| | Time:         10:00 a.m. |
| | Crtrm.:       Courtroom E |
| | |
| | Complaint Filed:   October 13, 2025 |
| | Removed:           December 12, 2025 |
| | Trial Date:        None set |

[PROPOSED] ORDER

**3:25-cv-10628-TSH**

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Continue Scheduling Conference and Related Deadlines ("Stipulation"), and for good cause appearing, orders as follows:

1. The Parties' Stipulation is approved.

2. The Initial Case Management Conference scheduled for May 14, 2026 at 10:00 a.m., is continued to _June 18, 2026 at 10:00 a.m.

3. The Parties' May 7, 2026 deadline to file a Joint Rule 26(f) Report is continued to _June 11, 2026.

4. The Parties' May 4, 2026 deadline to exchange Initial Disclosures is continued to June 8, 2026.

5. The Parties' April 20, 2026 deadline to meet and confer is continued to _May 25, 2026.

**IT IS SO ORDERED.**

Dated: May 3, 2006                    By: _____

                                              Hon. Thomas S. Hixson
                                              USDC, Northern District of California

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203