**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ABURTO, individually, and on behalf of other members of the general public similarly situated; | Case No.:   3:25-cv-10628-TSH |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| vs. | |
| HERC RENTALS EMPLOYEE SERVICES LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, | [*Filed concurrently with* Joint Stipulation to Continue Scheduling Conference and Related Deadlines] |
| Defendants. | Date:          June 18, 2026 |
| | Time:          10:00 a.m. |
| | Crtrm.:        Courtroom E |
| | |
| | Complaint Filed:   October 13, 2025 |
| | Removed:            December 12, 2025 |
| | Trial Date:         None set |

[PROPOSED] ORDER

**3:25-cv-10628-TSH**

LAWYERS *for* JUSTICE, PC
450 North Brand Blvd., Suite 900
Glendale, California 91203

# [~~PROPOSED~~] ORDER

The Court, having reviewed the Parties' Joint Stipulation to Continue Scheduling Conference and Related Deadlines ("Stipulation"), and for good cause appearing, orders as follows:

1.  The Parties' Stipulation is approved.

2.  The Initial Case Management Conference scheduled for June 18, 2026 at 10:00 a.m., is continued to _____July 16, 2026_____ at ____10:00____ a.m.

3.  The Parties' June 11, 2026 deadline to file a Joint Rule 26(f) Report is continued to _____July 9, 2026_____.

4.  The Parties' June 8, 2026 deadline to exchange Initial Disclosures is continued to _____July 8, 2026_____.

5.  The Parties' May 25, 2026 deadline to meet and confer is continued to _____June 22, 2026_____.

**IT IS SO ORDERED.**

Dated: ____June 5, 2026____        By: _____
                                       Hon. Thomas S. Hixson
                                       USDC, Northern District of California

[~~PROPOSED~~] ORDER

**3:25-cv-10628-TSH**