**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ABURTO, individually, and on behalf of other members of the general public similarly situated; <br><br> Plaintiff, <br><br> vs. <br><br> HERC RENTALS EMPLOYEE SERVICES LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:   3:25-cv-10628-TSH <br><br> **ORDER  GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> [*Filed concurrently with* Joint Stipulation to Continue Scheduling Conference and Related Deadlines] <br><br> Date:          June 18, 2026 <br> Time:         10:00 a.m. <br> Crtrm.:       Courtroom E <br><br> Complaint Filed:   October 13, 2025 <br> Removed:            December 12, 2025 <br> Trial Date:            None set |

ORDER                                                                                    **3:25-cv-10628-TSH**

**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203

## ORDER

The Court, having reviewed the Parties' Joint Stipulation to Continue Scheduling Conference and Related Deadlines ("Stipulation"), and for good cause appearing, orders as follows:

1.  The Parties' Stipulation is approved.

2.  The Initial Case Management Conference scheduled for July 16, 2026 at 10:00 a.m., is continued to September 17, 2026  at 10:00 a.m.

3.  The Parties' July 9, 2026 deadline to file a Joint Rule 26(f) Report is continued to September 7, 2026.

4.  The Parties' July 8, 2026 deadline to exchange Initial Disclosures is continued to September 7, 2026.

5.  The Parties' June 22, 2026 deadline to meet and confer is continued to August 21, 2026.

**IT IS SO ORDERED.**

Dated: July 7, 2026                    By: _____
                                                  Hon. Thomas S. Hixson
                                                  USDC, Northern District of California

**[PROPOSED] ORDER**

**3:25-cv-10628-TSH**